ELECTRA HOUSE FURNISHING STORE, INC., Plaintiff, v. MORRIS MANES, Respondent; LOUIS ZISES, Appellant, and Others, Defendants.— The decision of this court handed down on June 28, 1932 [ante, p. 700], is hereby amended to read as follows: Motion to stay the sheriff of Kings county from further executing an order adjudging Louis Zises guilty of contempt of court granted and the sheriff is directed to

release the said Louis Zises from custody upon his filing, on or before July 5, 1932, an undertaking with corporate surety in the sum of $7,500, conditioned upon his being amenable at all times to the further order of the court; otherwise, motion denied. Present — Lazansky, P. J., Kapper, Scudder and Davis, JJ.; Hagarty, J., not voting.